DECLARATION OF
ANNE M. GORDON

I, ANNE GORDON, swear as follows:

1. I am over the age of eighteen years and I am a resident of Vashon Island, King County, Washington.

2. I am competent to testify and I have personal knowledge of the matters stated herein.

3. I am not a party to this action.

4. I hold a Bachelor of Science in Social Psychology from California State University Northridge (CSUN). I am a Board of Nursing certified Registered Nurse (RN) in good standing with the State of Washington. I am also board certified, but inactive, in California and Oregon.

5. My training to qualify as an RN added three years of post-graduate training in areas such as physiology, psychology, anatomy, pharmacology, microbiology, chemistry, and cardiology.

6. As a nurse trainee I was trained to observe the whole person including physical abnormalities, as well as psychological abnormalities such as behavioral pattern recognition and early detection of changes in those patterns generally referred to as, "analytical deviance."

**DECL. OF ANNE M. GORDON**
Page - 1

7. I met Felix Misch through a mutual friend. I have known Felix Misch now for about twelve (12) years.

8. Felix and I spent a lot of time together in the beginning up to about 12 hours a week. He left Washington briefly. I think about a year, and when he returned, we resumed our regular rapport generally spending 4 to 6 hours weekly with me playing piano to his guitar and we enjoyed cooking meals together. Beginning in 2021, I also hired Felix and his crew to help me with building a deck, installing a heat pump, and in 2022, and some other architectural/building services.

9. He mentioned to me sometime in 2021 that he was having problems with his mortgage, and that he might need a lawyer, but I did not fully understand what was going on. I saw things with Felix start to notably change in late 2022. I noticed Felix appeared more anxious and preoccupied. We stopped cooking and had fast food every few weeks instead, and our meetings became infrequent. He did not just come out and say how he was doing or feeling until I confronted Felix directly. He responded with flimsy and repetitive excuses. To me it became clear he was avoiding contact.

10. I saw this unsocial shift in Felix grow more dramatic in 2023. It was obvious to me Felix had become withdrawn, curt, cold, and oddly absent. I never knew Felix to be withdrawn because before he was always gregarious. On the rare occasion we got together, for tea, or fast food, he looked less and less healthy.

11. By April of 2023, weeks passed without communication from Felix. After a few weeks, we'd pencil in a time, but, more often than not, he would reach out to cancel plans because he had trouble sleeping or had digestive problems at the last minute. I never knew Felix to have trouble sleeping, nor digestive issues in the twelve years I have known him. He became

**DECL. OF ANNE M. GORDON**
Page - 2

uncharacteristically anxious and humorless. Eventually, we planned no more visits. The Felix I knew disappeared unless I reached out. He would respond within a few days, with odd, distant words in a text, polite but vague.

12. For Felix to not initiate social contact was a complete pattern change for him. Our last meal together was around August of 2023. He forgot my birthday in July 2023 which was remarkable, as he had always remembered to make a huge big deal out of my getting older. I mentioned to him that his personality appeared to change. In response he became even more absent which was remarkably weird compared how Felix behaved before. Again, he was polite, but apparently very troubled.

13. After a while, I only ran into Felix a few times on the island, the last time being sometime in November 2023. I observed that he was looking unhealthy. In fact, I noticed he appeared much thinner, frail, and his pallor looked gray. He was unkempt, this again was a big change. By that time Felix was almost unrecognizable compared to the previous year and it was disturbing to me. The changes I saw in Felix's personality were uncharacteristic and his physical change was significant, so much so I told my sister and some friends I was in "shock and awe."

I, Anne M. Gordon, declare I have read the foregoing content, and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12 day of April, 2024 in Seattle, King County, WA.

*Anne M. Gordon*

DECL. OF ANNE M. GORDON
Page - 3