UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIX G. MISCH,<br><br>      Plaintiff,<br><br> v.<br><br>REAL TIME RESOLUTIONS INC., et al.,<br><br>      Defendants. | Case No. C24-0936-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable S. Kate Vaughan, United States Magistrate Judge:

The docket in this civil matter indicates that Defendant Deutsche Bank National Trust Company appeared in this matter on July 31, 2024, *see* Dkt. 17, but has not yet filed an answer to the complaint. Moreover, the parties failed to file a joint status report by the deadline of September 30, 2024. *See* Dkt. 24. As such, the Court hereby ORDERS the parties to provide a status report regarding these proceedings on or before **October 8, 2024**.

Dated this 1st day of October, 2024.

                Ravi Subramanian
                Clerk of Court

             By: s/ Stefanie Prather
                Deputy Clerk

MINUTE ORDER - 1