WRIGHT, FINLAY & ZAK, LLP
Richard A. Meadows, WSBA 57552
rmeadows@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Phone: (949) 477-5050
*Attorney for Defendant Deutsche Bank National Trust Company as Trustee for American Home Mortgage Asset Trust 2007-3*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGON**

| | |
|---|---|
| FELIX G. MISCH,<br><br>                    Plaintiff,<br><br>    v.<br><br>REAL TIME RESOLUTIONS, INC., a Foreign company doing business in Washington, & DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-3,<br><br>                    Defendants. | Case No.: 2:24-cv-00936-SKV<br><br>**DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-3'S CORPORATE DISCLOSURE** |

Pursuant to FRCP 7.1 and LCR 7.1, Defendant Deutsche Bank National Trust Company as Trustee for American Home Mortgage Asset Trust 2007-3 ("Defendant" or "DBNT") hereby submits the following corporate disclosures:

Deutsche Bank National Trust Company is a national banking association organized under the laws of the United States to carry on the business of a limited purpose trust company with its main office is in Los Angeles, California. Deutsche Bank is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under

the laws of the Federal Republic of Germany. No publicly-held company owns 10% or more of Deutsche Bank AG's stock.

DATED: October 4, 2024        WRIGHT FINLAY & ZAK, LLP

        By: */s/ Richard A. Meadows*
        Richard A. Meadows, WSBA No. 57552
        rmeadows@wrightlegal.net
        *Attorney for DBNT*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 4, 2024.  I also certify that the foregoing document is being served this day via transmission of Electronic Filing generated by CM/ECF on the following counsel and by mail to those without electronic mail listed:

Arthur E. Ortiz
6015 California Ave SW No. 203
Seattle, WA 98136
arthur@nwclc.org
*Attorney for Plaintiff*

James Phillip Laurick
Kilmer Voorhees & Laurick
2701 NW Vaughn St. Ste. 780
Portland, OR 97210
jlaurick@kilmerlaw.com
*Attorney for Real Time Resolutions Inc.*

Date: October 4, 2024

                                                                               */s/ Shannon M. Adiska*
                                                                               Shannon M. Adiska