WRIGHT, FINLAY & ZAK, LLP
Richard A. Meadows, WSBA 57552
rmeadows@wrightlegal.net
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Phone: (949) 477-5050
*Attorney for Defendant Deutsche Bank National Trust Company as Trustee for American Home Mortgage Asset Trust 2007-3*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGON

| | |
|---|---|
| FELIX G. MISCH,<br><br>Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., a Foreign company doing business in Washington, & DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-3,<br><br>Defendants. | Case No.: 2:24-cv-00936-SKV<br><br>**PLAINTIFF AND DEFENDANT DBNT'S STIPULATED CASE UPDATE PER ORDER AT DKT. NO. 28** |

Pursuant to the Court's Order dated October 1, 2024, Plaintiff Felix G. Misch and Defendant Deutsche Bank National Trust Company as Trustee for American Home Mortgage Asset Trust 2007-3 ("DBNT") submit this status report. In an effort to conserve the resources of the parties and the Court, Plaintiff and DBNT are engaging in ongoing meet and confer negotiations to determine whether the parties can come to an agreement regarding the dismissal of certain claims without the need for filing a motion to dismiss. The parties anticipate that they will be able to conclude these discussions within the next thirty days.

| | | |
|---|---|---|
| 1 | DATED: October 8, 2024 | WRIGHT FINLAY & ZAK, LLP |
| 2 | | By: */s/ Richard A. Meadows* |
| 3 | | Richard A. Meadows, WSBA No. 57552 |
| | | rmeadows@wrightlegal.net |
| 4 | | *Attorney for DBNT* |

| | | |
|---|---|---|
| DATED October 8, 2024 | | DATED October 8, 2024 |
| NORTHWEST CONSUMER LAW CENTER | | NORTHWEST CONSUMER LAW CENTER |
| */s/ Amanda Martin* | | */s/ Arthur Ortiz* |
| Amanda Martin, WSBA 49581 | | Arthur Ortiz, WSBA 26676 |
| *Attorney for Felix Misch* | | *Attorney for Felix Misch* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 8, 2024. I also certify that the foregoing document is being served this day via transmission of Electronic Filing generated by CM/ECF on the following counsel and by mail to those without electronic mail listed:

Arthur E. Ortiz
6015 California Ave SW No. 203
Seattle, WA 98136
arthur@nwclc.org
*Attorney for Plaintiff*

James Phillip Laurick
Kilmer Voorhees & Laurick
2701 NW Vaughn St. Ste. 780
Portland, OR 97210
jlaurick@kilmerlaw.com
*Attorney for Real Time Resolutions Inc.*

Date: October 8, 2024

<u>/s/ Shannon M. Adiska</u>
Shannon M. Adiska