# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FELIX G. MISCH,<br><br>            Plaintiff,<br><br>   v.<br><br>REAL TIME RESOLUTIONS INC., et al,<br><br>            Defendants. | Case No. C24-0936-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE |

The Court, having reviewed the Joint Stipulation to Continue Trial and Trial Related Deadlines, Dkt. 35, and finding good cause, hereby **GRANTS** the motion. The trial date and pre-trial deadlines shall be amended as follows:

| Event | Original Date | New Date |
|---|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | **12/1/2025** | **3/2/2026** |
| Length of trial | 12 days | 12 days |
| Deadline for joining parties | 12/2/2024 | 3/3/25 |
| Deadline for amending pleadings | 12/30/2024 | 3/31/25 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 6/2/2025 | 9/2/25 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 6/23/2025 | 9/23/25 |

ORDER GRANTING STIPULATED MOTION TO
CONTINUE - 1

| | | |
|---|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no earlier than 21 days from the date of filing (see LCR 7(d)(3)) or pursuant to LCR 37(a)(2) | 7/1/2025 | 10/2/25 |
| Discovery to be completed by | 8/1/2025 | 11/3/25 |
| All dispositive motions must be filed by this date and noted for consideration no earlier than 28 days after filing (see LCR 7(d)(4)) | 9/2/2025 | 12/2/25 |
| Settlement Conference per LCR 39.1(c)(2) held no later than | 10/1/2025 | 1/2/26 |
| Mediation per LCR 39.1(c) held no later than | 11/3/25 | 2/2/26 |
| All motions in limine must be filed by this date and any opposition must be filed and received by the moving party no later than 6 days prior to the pretrial conference (see LCR 7(d)(5)) | 11/3/25 | 2/2/26 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 11/17/25 | 2/16/26 |
| Trial briefs, proposed voir dire questions, and deposition designations due | 11/21/25 | 2/20/26 |
| Pretrial conference scheduled for 10:00 a.m. in Courtroom 12A on | 11/24/25 | 2/23/26 |

All other provisions of the original scheduling order, Dkt. 33, shall remain in effect.

Furthermore, in light of Plaintiff's passing on October 9, 2024, *see* Dkt. 34, Plaintiff's motion to strike affirmative defenses, Dkt. 26, shall be **STRICKEN**, with leave to re-file the motion at a later date.

Dated this 18th day of October, 2024.

S. KATE VAUGHAN
United States Magistrate Judge