UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FELIX G. MISCH,

    Plaintiff,

v.

REAL TIME RESOLUTIONS INC., et al.,

    Defendants.

Case No. C24-0936-SKV

ORDER LIFTING STAY AND SUBSTITUTING PLAINTIFF

Before the Court are Plaintiff's motions to lift the stay in this case, Dkt. 52, and to substitute Daniel Macrae-Misch, administrator of deceased Plaintiff's estate, as Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1), Dkts. 53, 54. Defendant did not file responses.

The Court GRANTS Plaintiff's requests and orders that the stay in this case be lifted and that Daniel Macrae-Misch be substituted as Plaintiff in place of decedent Felix G. Misch. The Parties shall file a proposed amended scheduling order by **June 13, 2025**.

Dated this 3rd day of June, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER LIFTING STAY AND SUBSTITUTING
PLAINTIFF - 1