IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL MACRAE-MISCH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>REAL TIME RESOLUTIONS, INC. a foreign company doing business in Washington, and DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-3.<br><br>　　　　　　Defendants. | Case No.  24-cv-0936-SKV<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO RESET TRIAL DATE<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**June 11, 2025** |

COME NOW the Parties to this action, in compliance with the Court's Order at Dkt. No. 55, the Parties agree and stipulate to the following amended trial schedule.

| **CASE EVENT** | **PROPOSED DATE/DEADLINE** |
|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | 9/21/2026 |
| Length of trial | 12 days |
| Deadline for joining parties | 12/2/2024 |
| Deadline for amending pleadings | 10/13/2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 2/9/2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 3/2/2026 |
| All motions related to discovery must be filed by this date and noted for consideration no earlier that 21 days from the date of filing (see LCR 7(d)(3)) or pursuant to LCR 37(a)(2) | 3/23/2026 |
| Discovery to be completed by | 4/24/2026 |
| All dispositive motions must be filed by this date and noted for consideration no earlier than 28 days after filing (see LCR 7(d)(4) | 5/22/2026 |

**STIP. & [PROP.] ORDER RESETTING TRIAL DATE**
C24-0936-SKV
Page - 1



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

| | |
|---|---|
| Settlement Conference per LCR 39.1(c)(2) held no later than | 6/22/2026 |
| Mediation per LCR 39.1(c) held no later than | 7/20/2026 |
| All motions in limine must be filed by this date and any opposition must be filed and received by the moving party no later then 6 days prior to the pretrial conference (see LCR 7(d)(5)) | 7/20/2026 |
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 8/3/2026 |
| Trial briefs, proposed voir dire questions, and deposition designation due | 8/7/2026 |
| Pretrial conference scheduled for 10:00 a.m. in Courtroom 12A on | 9/14/2026 |

DATED: June 11, 2025.

WRIGHT, FINLEY, & ZAK, LLP

By: *s// Joseph T. McCormick III*
Joseph T. McCormick III, WSBA #48883
4665 MacArthur Court, Ste. 200
Newport Beach, CA 92660
Phone: (949) 477-5050
E-Mail: jmccormick@wrightlegal.net
Attorney for Defendant Deutsche Bank National Trust Company as Trustee for American Home Mortgage Asset Trust 2007-3

DATED: June 11, 2025.

HOLLAND & KNIGHT LLP (PA)

By: *s//John E Joseph*
John E Joseph, *Pro Hac Vice*
1650 Market St. Ste 3300
Philadelphia, PA 19103
Phone: (215) 252-9576
E-Mail: john.joseph@hklaw.com
Attorney for Defendant Real Time Resolutions Inc.

DATED: June 11, 2025.

NORTHWEST CONSUMER LAW CENTER

By: *s//Arthur Ortiz*
Arthur Ortiz, WSBA #26676
936 N. 34th St., Ste. 300
Seattle, WA 98103
Phone: (206) 805-1711
E-Mail: arthur@nwclc.org
Attorney for Plaintiff Daniel Macrae-Misch

**STIP. & [PROP.] ORDER RESETTING TRIAL DATE**
C24-0936-SKV
Page - 2



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

## ORDER

The Court, having reviewed the Parties' Stipulated Motion to Reset Trial Date, Dkt. 59, and finding good cause, hereby GRANTS the motion. The trial date and pre-trial deadlines shall be amended as set out above. All other provisions of the original scheduling order, Dkt. 33, shall remain in effect.

SO ORDERED this 20th day of June, 2025.

S. KATE VAUGHAN
United States Magistrate Judge

**STIP. & [PROP.] ORDER RESETTING TRIAL DATE**
C24-0936-SKV
Page - 3

NWCLC Northwest Consumer Law Center

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989

CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing document to be filed with the Clerk of the Court via CM/ECF system. Pursuant to their ECF agreement, the Clerk will give notice of this filing to all counsel of record via email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed June 11, 2025 at Seattle, Washington.

*s//Arthur Ortiz*
Arthur Ortiz, WSBA No. 26676

**STIP. & [PROP.] ORDER RESETTING TRIAL DATE**
C24-0936-SKV
Page - 4



936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989