IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL MACRAE-MISCH, as Personal Representative of the Estate of Felix G. Misch,<br><br>PLAINTIFF,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC,<br><br>DEFENDANT. | **Case No.: 2:24-cv-00936-SKV**<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's September 30, 2025 Order (Dkt. No. 74) Plaintiff Daniel Macrae-Misch, as Personal Representative of the Estate of Felix G. Misch and Defendant Real Time Resolutions, Inc. submit the following joint status report to the Court. The parties engaged in mediation, and no resolution was reached.

DATED this 10th day of November, 2025.

*Attorney for Plaintiff*

NORTHWEST CONSUMER LAW CENTER

/s/ Amanda N. Martin
Amanda N. Martin, WSBA #49581
936 N. 34th St. Ste. 300
Seattle, WA 98103

JOINT STATUS REPORT - 1
(CASE #: 2:24-CV-00936-SKV)

NWCLC Northwest Consumer Law Center

Ph: 206-805-1716
Em: amanda@nwclc.org

***Attorney for Defendant***

HOLLAND & KNIGHT LLP (PA)

/s/ John E Joseph
John E Joseph
1650 Market St., Ste. 3300
Philadelphia, PA 19103
Ph: 215-252-9576
Em: john.joseph@hklaw.com

NWCLC Northwest Consumer Law Center

936 N. 34th St. Ste. 300
Seattle, WA 98103
Tele: 206-805-0989
Fax: 206-805-0989