UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL MACRAE-MISCH,

           Plaintiff,

  v.

REAL TIME RESOLUTIONS INC.,

           Defendant.

Case No. C24-0936-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

In view of the Joint Status Report at Docket No. 77 informing that the parties completed mediation but were unable to resolve this matter, the stay is hereby LIFTED. A trial date and pretrial deadlines will be reset if necessary following resolution of Defendant's Motion for Judgment on the Pleadings.

Dated this 18th day of December, 2025.

                                          Ravi Subramanian
                                          Clerk of Court

                                        By: s/ Stefanie Prather
                                            Deputy Clerk

MINUTE ORDER - 1