The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DANIEL MACRAE-MISCH, as Personal Representative of the Estate of Felix G. Misch,<br>*Plaintiff,*<br>v.<br>REAL TIME RESOLUTIONS, INC., a foreign company doing business in Washington, & DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSET TRUST 2007-3,<br>*Defendants.* | Case No.: C24-00936-SKV<br><br>JOINT STIPULATION AND ORDER TO WITHDRAW CAUSE IV IN THE SECOND AMENDED COMPLAINT AND TO WITHDRAW THE MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt No. 107)<br><br>Noted for Hearing on<br><br>October 5, 2026 |

**STIPULATION**

Pursuant to Federal Rules of Civil Procedure 16(b)(4), and Local Civil Rules 7(d)(1), 16(b)(6), the parties stipulate that Plaintiff may withdraw the Fourth Cause of Action (TILA, 15 U.S.C. § 1638(f)) from the operative complaint.

1. Plaintiff's Fourth Cause of Action (TILA, 15 U.S.C. § 1638(f)) is withdrawn from the operative complaint and dismissed with prejudice.

2. Defendant's Motion for Judgment on the Pleadings (Dkt. No. 107), which is directed solely at the Fourth Cause of Action, is withdrawn as moot in light of this stipulation.



DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

3. Good cause exists under Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6) to modify the pleading amendment deadline established in Dkt. No. 93. This amendment solely narrows the scope of this litigation , it withdraws a claim rather than adding new claims, theories, or factual allegations, and therefore presents none of the concerns regarding surprise, additional discovery, or prejudice that the good-cause standard is designed to address.

IT IS SO STIPULATED this 5th day of October, 2026.

DEVLIN LAW FIRM LLC

By: */s/ Christina Henry*
Christina Henry, WSBA # 31273
6100 219th St SW
Ste 480, PMB 398
Mountlake Terrace, WA 98043-2222
Tel# 206-319-0077
chenry@devlinlawfirm.com
*Attorneys for Plaintiff*

HOLLAND & KNIGHT LLP

*/s/ John E. Joseph*
John E. Joseph , *Pro Hac Vice*
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Phone +1.215.252.9576
Fax +1.215.867.6070
john.joseph@hklaw.com
*Attorneys for Defendant Real Time Resolutions, Inc.*

HOLLAND & KNIGHT LLP

*/s/ Austin M. Rainwater*
Austin M. Rainwater, WSBA# 41904
701 5th Ave Ste 4700
Seattle, WA 98104-7045
Phone +1.206.505.4039
austin.rainwater@hklaw.com
*Attorneys for Defendant Real Time Resolutions, Inc.*

**ORDER**

Based on the joint stipulation of the parties, Dkt. 109, and finding good cause, IT IS HEREBY ORDERED:

1. The relief requested in the parties' Joint Stipulation is GRANTED, and, accordingly,

2. Plaintiff's Fourth Cause of Action (TILA, 15 U.S.C. § 1638(f)), Dkt. 103 at 19-22, is DISMISSED WITH PREJUDICE; and

3. Defendant's Motion for Judgment on the Pleadings, Dkt. 107, is MOOTED by the Dismissal with Prejudice of the Fourth Cause of Action.

DATED this 9th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge